| | |
|---|---|
| CRYSTAL KIMBLE,<br><br>       Plaintiff,<br>   v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>       Defendant. | No. CV-11-3076-CI<br><br>JUDGMENT IN A CIVIL CASE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

### **DECISION BY THE COURT**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

### **IT IS ORDERED AND ADJUDGED** that**:**

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for additional proceedings. Defendant's Motion for Summary Judgment is DENIED and Judgment is entered for Plaintiff.

DATED:  March 27, 2013

                         SEAN McAVOY
                         District Court Executive/Clerk

                         s/ L. Stejskal
                         Deputy Clerk